# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                   **DATE:** April 23, 2024

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Sharon Ricci

**TITLE OF CASE:**                                   **DOCKET NO.:**  22-cr-123-KMW-1, 2

UNITED STATES OF AMERICA

VS.

BOLAJI BOLARINWA
ISIAKA BOLARINWA

<u>DEFENDANTS PRESENT</u>

**APPEARANCES:**

JEFFREY BENDER and ELIZABETH HUTSON – AUSAs FOR USA
JEFFREY ZUCKER, ESQ. – for Defendant BOLAJI BOLARINWA
ROBERT GAMBURG, ESQ. – for Defendant ISIAKA BOLARINWA

**NATURE OF PROCEEDINGS:**  TRIAL W/JURY CONTINUED BEFORE HON. KAREN M. WILLIAMS

Ordered lunch provided for jury at Government's expense.
Jury resumes deliberations at 9:00 a.m.
Ordered Jury Note 4 (Exh. C-4) filed.
Ordered Jury Note 5 (Exh. C-5) filed.
Jury returns to the Courtroom for further instructions.
Jury excused for the day at 2:27 p.m.
Trial w/Jury adjourned until April 24, 2024 at 9:00 a.m.

*s/Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:    10:19 a.m.    TIME ADJOURNED:    10:20 a.m.    TOTAL TIME:    9 mins.
                    1:29 p.m.                      1:31 p.m.
                    2:23 p.m.                      2:29 p.m.__